# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

**MEMO ENDORSED**

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 17, 2025

The Honorable Victoria Reznik
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601-4150

      Re:    *United States v. Kevin Cabrera* (24 MJ 03822)

Dear Honorable Reznik,

      I am writing to ask that the Court please modify the terms of Mr. Cabrera's release to allow Mr. Cabrera to attend his family's Christmas celebration on December 25, 2025.  As Your Honor probably recalls from my similar request asking for permission to allow Mr. Cabrera to attend Thanksgiving with his family, in October, 2024, Mr. Cabrera was charged with 18 USC 2251(a) and (e) in relation to allegations that he unlawfully sought and obtained sexually explicit photographs from a child he had communicated with online.  Prior to his arrest, Mr. Cabrera lived with his parents and younger siblings in Wappinger Falls, New York, but under the terms of Mr. Cabrera's release he has been living with his father in Mohegan Lake, New York.[1]  Over the past year, Mr. Cabrera has found employment, attended treatment, and abided by the terms of his release.  According to his Pretrial Officer, there have been "no compliance issues and he is doing well."

      In light of Mr. Cabrera's compliance with the terms of his pretrial release, and the importance of Christmas to Mr. Cabrera and his family, as well as the importance of maintaining relationships with one's family, I respectfully ask that Mr. Cabrera be allowed to travel to his parents' home in Wappinger Falls on December 25th so that Mr. Cabrera can celebrate Christmas with his family.  If approved, Mr. Cabrera would spend the day with his family, help prepare the Christmas meal, and then return to his home in Mohegan Lake in the evening.[2]

---

[1] This enables Mr. Cabrera to avoid unsupervised contact with his younger siblings, which is a condition of his release.

[2] Ideally, Mr. Cabrera requests permission to arrive at his parents home around 7:00am and to leave at 10:00pm when the Christmas event concludes.

While his younger siblings and cousins will be present, Mr. Cabrera will not have any unsupervised contact with any minors and twenty (or so) adults will also be present.[3]  Additionally, Mr. Cabrera's parents are aware of the requirement that Mr. Cabrera not have unsupervised contact with any minors and that he not use any internet-capable devices and they are willing to enforce these requirements and have expressed confidence that this will not pose an issue.[4]

I have communicated with Pretrial Officer Viosanny Harrison and she indicated that Pretrial objects to this request based on Pretrial's policy that prohibits social events for those who are subject to home detention.  Despite this objection, Officer Harrison added that the Court should know that Mr. Cabrera has continued to comply with the terms of his supervision.  I have not yet heard back from AUSA Marcia Cohen, but when this issue came up during the Thanksgiving context AUSA Cohen indicated that the Government defers to Pretrial.

Thank you for your consideration.

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

cc:     AUSA Marica Cohen

        Pretrial Officer Viosanny Harrison

The Court **GRANTS** the request to modify the terms of Mr. Cabrera's release to allow him to attend his family's Christmas celebration on December 25, 2025. Mr. Cabrera will be allowed to arrive at his parents home around 7:00 am and leave at 10:00 pm when the Christmas event concludes, subject to any other direction by his Pretrial Officer.

While at his parents' house, Mr. Cabrera must not have any unsupervised contact with minors and must not use or have access to any internet-capable devices.

By January 8, 2026, Mr. Cabrera's parents must submit an affirmation to the Court stating that they were aware of the above conditions and enforced them.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 12/18/2025